IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Harvest Medical Clinic, Inc.,<br><br>　　　　Defendant. | **CIV 04-1821 PHX JAT**<br><br>**AMENDED CONSENT DECREE** |

　　　The United States Equal Employment Opportunity Commission (the "Commission" or "EEOC") filed this action against Harvest Medical Clinic, Inc. to enforce Title VII of the Civil Rights Act of 1964 and the Civil Rights Act of 1991. In the Complaint, the Commission alleged that Defendant discriminated against Lupita Carrasco,  Jose Avalos, Carmen Marquez, Daniela Sanchez, Susan Villanueva, Connie Moraga,  Arlene Hernandez, Sonia Patch and Rene Castell (collectively "Charging Parties" or the "Class Members") by discharging them on the basis of their national origin, Hispanic.

　　　In the interest of resolving this matter, and as a result of having engaged in comprehensive settlement negotiations, the Parties have agreed that this action should be finally resolved by entry of this Decree without Harvest Medical admitting any violation of the law.  The Parties do not object to the jurisdiction of the Court over this action and waive their rights to a hearing and the entry of findings of fact and conclusions of law.

It is hereby **ORDERED, ADJUDGED AND DECREED**:

1. This Decree resolves all claims of the Commission against Defendant, including back pay, compensatory and punitive damages, interest, injunctive relief, attorney's fees, and costs arising out of the issues in this lawsuit.

## INJUNCTION

2. Defendant and its officers, agents, employees, successors, assigns, and all persons in active concert or participation with it, both at the time that this Decree becomes effective and for the duration of this Decree, are permanently enjoined from: (a) unlawfully discriminating against any employee due to his or her national origin; (b) terminating any employee due to his or her national origin; and (c) retaliating against any employee because he or she: (i) opposes or opposed discriminatory practices made unlawful by Title VII; (ii) files or filed a charge of discrimination or assists, assisted, participates, or participated in the filing of a charge of discrimination; or (iii) assists, assisted, participates or participated in an investigation or proceeding brought under the Federal or State laws prohibiting discrimination or retaliation.

3. Defendant shall not condition the receipt of the individual relief specified in this Decree on the Class Members' agreement to: (a) maintain as confidential the terms of this Decree; or (b) waive the statutory right to file a charge with any federal or state anti-discrimination agency. Defendant will not require as a condition of settlement the execution of any document which conflicts in terms or principle with the directives of this Decree.

## MONETARY RELIEF

4. Defendant agrees to resolve this matter with the Commission for payment of a total of $190,000.00, to Lupita Carrasco, Jose Avalos, Carmen Marquez, Daniela Sanchez, Susan Villanueva, Connie Moraga, Arlene Hernandez, Sonia Patch and Rene Castell, to be distributed in installments over a 24-month period beginning twenty business days from the Court's entry of the

1  Consent Decree at the addresses provided by the Commission.  Within three
2  business days of the issuance of each payment, Defendants shall submit a copy
3  of the checks or money orders and all related correspondence to Mary Jo O'Neill,
4  Regional Attorney, Equal Employment Opportunity Commission, 3300 North
5  Central Avenue, Suite 690, Phoenix, Arizona 85012.  Subsequent installments
6  shall be paid on or before the tenth day of each month for twenty four months
7  until the settlement amount is paid in full.

8      5.   As set forth in Attachment A, these payments represent settlement of
9  compensatory damages in the amount of $72,589.00.  These payments also
10 represent settlement of backpay damages in the amount of $117,411.00.
11 Defendant will issue United States Internal Revenue Service Form 1099 to Lupita
12 Carrasco, Jose Avalos, Carmen Marquez, Daniela Sanchez, Susan Villanueva,
13 Connie Moraga, Arlene Hernandez, Sonia Patch and Rene Castell for the
14 compensatory damages for the tax year during which the payments are made.
15 Defendant will issue W-2 Wage Statements for the backpay damages for the tax
16 year during with the payments are made for all class members except Rene
17 Castell.  Defendant will issue a Form 1099 to Rene Castell for all compensatory
18 damages and backpay damages for the tax year during which the payments are
19 made.

## **OTHER RELIEF**

21     6.   Defendant shall expunge from the personnel files of Lupita Carrasco,
22 Jose Avalos, Carmen Marquez, Daniela Sanchez, Susan Villanueva, Connie
23 Moraga, Arlene Hernandez, Sonia Patch and Rene Castell:  (a) all references to
24 the charges of discrimination filed against Defendant that formed the basis of this
25 action; (b) all references to the Class Members' participation in this action; (c) any
26 derogatory document which relates to complaints or investigation of complaints of
27 unlawful harassment and/or unlawful termination based on national origin and/or
28 race and (d) any other documents relating to the termination of the Class

Members.

7. Defendant shall institute and carry out policies and practices that help assure a work environment free from unlawful national origin discrimination and unlawful termination based on national origin. To assist Defendant in its efforts to assure such a work environment, Defendant shall take the actions provided in paragraphs Eight (8) through Thirteen (13) of this Decree.

## NOTICE

8. Defendant shall post for the duration of this decree, in a prominent place frequented by its employees at its facilities, the Notice attached as Attachment B. The Notice shall be the same type, style and size as set forth in Attachment B.

## TRAINING

9. Within 6 months of the entry of this Decree, Defendant shall retain and pay a consultant/lecturer, acceptable to the EEOC, who shall provide annual training of at least two hour duration to all of its employees, including doctors and staff, for a period of two years from the date of this Decree, regarding unlawful discrimination under Title VII.

## POLICIES/PROCEDURES

10. Defendant will develop an Employee Handbook within sixty (60) days of the entry of this Decree, which shall include written EEO policies and procedures.

11. Defendant agrees to address all workforce conflict issues (including rudeness, sexual harassment, and inappropriate joking) through individual supervision, counseling, and discipline.

12. Defendants do not have an English-only policy. The memorandum issued on May 13, 2003 addressing workplace communication has been rescinded and will not be reinstated.

## REPORTING BY DEFENDANT AND ACCESS BY EEOC

13. Defendant will report in writing and in affidavit form to the Regional

Attorney of the Commission's Phoenix District Office, at the address provided in paragraph Four (4) above, beginning six months from the date of the entry of this Decree, and thereafter every year for the duration of the Decree, the following information:

    A.    A copy of the revised policies required in paragraphs ten (10) and eleven (11) of this Decree.

    B.    Any changes, modifications, revocations, or revisions to its policies and procedures referenced in paragraphs ten (10) and eleven (11), above.

    C.    Confirmation that (1) the Notice required in paragraph eight (8) of this Decree was posted, and the locations where it was posted; (2) the policies required in paragraph ten (10) were distributed to each current and new employee of Defendant, and posted; (3) the expungement from the Class Members' personnel files required in paragraph Six (6) of this Decree took place, the date of the expungement, and the specific documents expunged.

    D.    A copy of the notice required in paragraph eight (8) of this Decree.

## **COSTS AND DURATION**

14.    Each Party shall bear its own costs and attorneys' fees incurred as a result of this action through the filing of this Decree.

15.    The duration of this Decree shall be twenty-four (24) months from its entry. This Court shall retain jurisdiction over this action for the duration of the Decree, during which the Commission may petition this Court for compliance with this Decree. Should the Court determine, after notice and an opportunity for the Defendant to be heard, that Defendant has not complied with this Decree, the Court may order appropriate relief, including extension of this Decree for such period as may be necessary to remedy its non-compliance, an award of attorneys' fees and costs, and fines for contempt of court.

16.    Absent extension, this Decree shall expire by its own terms at the end of twenty-four (24) from the date of entry without further action by the Parties.

17. The Parties agree to entry of this Decree and judgment subject to final approval by the Court.

DATED this 4th day of October, 2005.

_____
James A. Teilborg
United States District Judge

1  APPROVED AND CONSENTED TO:

2

3                                                        GWENDOLYN YOUNG REAMS
                                                         Associate General Counsel
4                                                        Litigation Management Services

5   s/ Laura A. Smith                                    EQUAL EMPLOYMENT
   Jay A. Zweig, Esq.                                    OPPORTUNITY COMMISSION
6  Laura A. Smith, Esq.                                  1801 L Street, N.W.
                                                         Washington, D.C. 20507
7  GALLAGHER & KENNEDY
   2575 E. Camelback Road
8  Phoenix, AZ 85016-9225                                s/ Mary Jo O'Neill
                                                         MARY JO O'NEILL
9  Attorneys for Defendant                               Regional Attorney

10                                                       s/ C. Emanuel Smith
                                                         C. EMANUEL SMITH
11                                                       Supervisory Trial Attorney

12

13
                                                         s/ Michelle Marshall
14                                                       MICHELLE G. MARSHALL
                                                         Trial Attorney
15
                                                         EQUAL EMPLOYMENT
16                                                       OPPORTUNITY COMMISSION
                                                         3300 North Central Ave., Suite 690
17                                                       Phoenix, Arizona 85012
                                                         602-640-5020
18
                                                         Attorneys for Plaintiff
19

20

21

22

23

24

25

26

27

28

# ATTACHMENT A

| | Monthly Backpay Damages Payments | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Due Date | L. Carrasco | Jose Avalos | C. Marquez | D. Sanchez | S. Villanueva | C. Moraga | A. Hernandez | Sonia Patch | Rene Castell |
| Nov. 10, 2005 | $ 724.83 | $ 599.29 | $ 754.87 | $ 393.50 | $ 410.20 | $ 360.00 | $ 535.33 | $ 1114.08 | -- |
| Dec. 10, 2005 | $ 724.83 | $ 599.29 | $ 754.87 | $ 393.50 | $ 410.20 | $ 360.00 | $ 535.33 | $ 1114.08 | -- |
| Jan. 10, 2006 | $ 724.83 | $ 599.29 | $ 754.87 | $ 393.50 | $ 410.20 | $ 360.00 | $ 535.33 | $ 1114.08 | -- |
| Feb. 10, 2006 | $ 724.83 | $ 599.29 | $ 754.87 | $ 393.50 | $ 410.20 | $ 360.00 | $ 535.33 | $ 1114.08 | -- |
| Mar. 10, 2006 | $ 724.83 | $ 599.29 | $ 754.87 | $ 393.50 | $ 410.20 | $ 360.00 | $ 535.33 | $ 1114.08 | -- |
| April 10, 2006 | $ 724.83 | $ 599.29 | $ 754.87 | $ 393.50 | $ 410.20 | $ 360.00 | $ 535.33 | $ 1114.08 | -- |
| May 10, 2006 | $ 724.83 | $ 599.29 | $ 754.87 | $ 393.50 | $ 410.20 | $ 360.00 | $ 535.33 | $ 1114.08 | -- |
| June 10, 2006 | $ 724.83 | $ 599.29 | $ 754.87 | $ 393.50 | $ 410.20 | $ 360.00 | $ 535.33 | $ 1114.08 | -- |
| July 10, 2006 | $ 724.83 | $ 599.29 | $ 754.87 | $ 393.50 | $ 410.20 | $ 360.00 | $ 535.33 | $ 1114.08 | -- |
| Aug. 10, 2006 | $ 724.83 | $ 599.29 | $ 754.87 | $ 393.50 | $ 410.20 | $ 360.00 | $ 535.33 | $ 1114.08 | -- |
| Sept. 10, 2006 | $ 724.83 | $ 599.29 | $ 754.87 | $ 393.50 | $ 410.20 | $ 360.00 | $ 535.33 | $ 1114.08 | -- |
| Oct. 10, 2006 | $ 724.83 | $ 599.29 | $ 754.87 | $ 393.50 | $ 410.20 | $ 360.00 | $ 535.33 | $ 1114.08 | -- |
| Nov. 10, 2006 | $ 724.83 | $ 599.29 | $ 754.87 | $ 393.50 | $ 410.20 | $ 360.00 | $ 535.33 | $ 1114.08 | -- |
| Dec. 10, 2006 | $ 724.83 | $ 599.29 | $ 754.87 | $ 393.50 | $ 410.20 | $ 360.00 | $ 535.33 | $ 1114.08 | -- |
| Jan. 10, 2007 | $ 724.83 | $ 599.29 | $ 754.87 | $ 393.50 | $ 410.20 | $ 360.00 | $ 535.33 | $ 1114.08 | -- |
| Feb. 10, 2007 | $ 724.83 | $ 599.29 | $ 754.87 | $ 393.50 | $ 410.20 | $ 360.00 | $ 535.33 | $ 1114.08 | -- |
| Mar. 10, 2007 | $ 724.83 | $ 599.29 | $ 754.87 | $ 393.50 | $ 410.20 | $ 360.00 | $ 535.33 | $ 1114.08 | -- |
| April 10, 2007 | $ 724.83 | $ 599.29 | $ 754.87 | $ 393.50 | $ 410.20 | $ 360.00 | $ 535.33 | $ 1114.08 | -- |
| May 10, 2007 | $ 724.83 | $ 599.29 | $ 754.87 | $ 393.50 | $ 410.20 | $ 360.00 | $ 535.33 | $ 1114.08 | -- |
| June 10, 2007 | $ 724.83 | $ 599.29 | $ 754.87 | $ 393.50 | $ 410.20 | $ 360.00 | $ 535.33 | $ 1114.08 | -- |
| July 10, 2007 | $ 724.83 | $ 599.29 | $ 754.87 | $ 393.50 | $ 410.20 | $ 360.00 | $ 535.33 | $ 1114.08 | -- |
| Aug. 10, 2007 | $ 724.83 | $ 599.29 | $ 754.87 | $ 393.50 | $ 410.20 | $ 360.00 | $ 535.33 | $ 1114.08 | -- |
| Sept. 10, 2007 | $ 724.91 | $ 599.33 | $ 754.99 | $ 393.50 | $ 410.40 | $ 360.00 | $ 535.41 | $ 1114.16 | -- |
| Oct. 10, 2007 | $ 724.83 | $ 599.29 | $ 754.87 | $ 393.50 | $ 410.20 | $ 360.00 | $ 535.33 | $ 1114.08 | -- |
| TOTALS | 17396 | 14383 | 18117 | 9444 | 9845 | 8640 | 12848 | 26738 | -- |

## Monthly Compensatory Damages Payments

| Due Date | L. Carrasco | Jose Avalos | C. Marquez | D. Sanchez | S. Villanueva | C. Moraga | A. Hernandez | Sonia Patch | Rene Castell |
|---|---|---|---|---|---|---|---|---|---|
| Nov. 10, 2005 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 521.24 |
| Dec. 10, 2005 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 521.24 |
| Jan. 10, 2006 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 521.24 |
| Feb. 10, 2006 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 521.24 |
| Mar. 10, 2006 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 521.24 |
| April 10, 2006 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 521.24 |
| May 10, 2006 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 521.24 |
| June 10, 2006 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 521.24 |
| July 10, 2006 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 521.24 |
| Aug. 10, 2006 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 521.24 |
| Sept. 10, 2006 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 521.24 |
| Oct. 10, 2006 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 521.24 |
| Nov. 10, 2006 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 521.24 |
| Dec. 10, 2006 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 521.24 |
| Jan. 10, 2007 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 521.24 |
| Feb. 10, 2007 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 521.24 |
| Mar. 10, 2007 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 521.24 |
| April 10, 2007 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 521.24 |
| May 10, 2007 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 521.24 |
| June 10, 2007 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 521.24 |
| July 10, 2007 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 521.24 |
| Aug. 10, 2007 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 521.24 |
| Sept. 10, 2007 | $ 312.96 | $ 312.96 | $ 312.96 | $ 312.96 | $ 312.96 | $ 312.96 | $ 312.96 | $ 312.96 | $ 521.37 |
| Oct. 10, 2007 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 312.91 | $ 521.24 |
| TOTALS | 7509.89 | 7509.89 | 7509.89 | 7509.89 | 7509.89 | 7509.89 | 7509.89 | 7509.89 | 12509.89 |

# ATTACHMENT B

# NOTICE TO ALL EMPLOYEES OF
# HARVEST MEDICAL CLINIC, INC.

It is unlawful under federal law, Title VII of the Civil Rights Act and state law to discriminate against an employee on the basis of national origin in the recruitment, hiring, firing, compensation, assignment, or other terms, and conditions or privileges of employment.  It is also unlawful to retaliate against any person because the person protested discriminatory practices or contacted the EEOC or the Arizona Civil Rights Division (ACRD).

An employer shall not discriminate against any employee on the basis of national origin, and shall not retaliate against any employee for complaining about discrimination.

If you believe you have been discriminated against or retaliated against, you have the right to seek assistance from:

      (1)   EEOC
           3300 North Central Ave., Suite 690
           Phoenix, Arizona 85012
           Telephone: (602) 640-5000
           TTY: (602) 640-5072
           Website (national): www.eeoc.gov; or

      (2)   Arizona Civil Rights Division (ACRD)
           Attorney General's Office
           1275 W. Washington
           Phoenix, Arizona 85007
           (602) 255-5263

You have the right to file a charge with the EEOC or ACRD if you believe you are being discriminated against or retaliated against.

**No Retaliation Clause.**  It is against the law for any action to be taken against you by any supervisory or management official for: (1) opposing discriminatory practices made unlawful by federal or state law; (2) filing a charge or assisting or participating in the filing of a charge of discrimination; or (3) assisting or participating in an investigation or proceeding brought under Title VII.  Should any such retaliatory actions to be taken against you, you should immediately contact the EEOC or the ACRD at the addresses or telephone numbers listed above.